# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:19-cr-769 |
| | ) | |
| PLAINTIFF, | ) | CHIEF JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| DESMOND LIGON, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A Violation Report was filed in this case on August 31, 2023.[1] The Court referred this matter to Magistrate Judge Amanda M. Knapp to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Knapp reported that a supervised release violation hearing was held on November 13, 2024. The defendant admitted to the following violations:

1. Whereabouts Unknown;
2. Failure to Comply with Substance Abuse and Mental Health Treatment;
3. New Law Violation;
4. New Law Violation; and
7. New Law Violation

The magistrate judge filed a report and recommendation on November 13, 2024, in which the magistrate judge recommended that the Court find that the defendant has violated

---

[1] A superseding report was filed on January 9, 2024, to provide an update on the violations.

the conditions of his supervised release as set forth in violation numbers 1, 2, 3, 4, and 7.[2]

A final supervised release violation hearing was conducted on December 3, 2024. Present were the following: Assistant United States Attorney David Toepfer, representing the United States; Assistant Federal Public Defender Alvaro DeCola, representing the defendant; the defendant Desmond Ligon, and United States Probation Officer Rhyan Ackerman.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation numbers 1, 2, 3, 4, and 7.

IT IS ORDERED that the defendant's supervised release is revoked, and the defendant is committed to the custody of the Bureau of Prisons for a term of 20 months. This sentence is to be served consecutive to the undischarged sentences in Elyria Municipal Court case numbers 2023CRB03466 and 2023CRB03639. Following imprisonment, the defendant will be on supervised release for a period of 1 year with the same terms and conditions as previously ordered by the Court, and with the following additional condition: the defendant is to serve up to 6 months of his term in a Residential Reentry Center (RRC).

Defendant remanded.

**IT IS SO ORDERED**.

Dated: December 3, 2024

                                                                                                 **HONORABLE SARA LIOI**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**

---

[2] The government withdrew violation nos. 5 and 6.