# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:19-cr-769 |
| ) | |
| PLAINTIFF, ) | CHIEF JUDGE SARA LIOI |
| ) | |
| vs. ) | |
| ) | ORDER ON VIOLATION OF |
| ) | CONDITIONS OF SUPERVISED |
| ) | RELEASE |
| DESMOND LIGON, ) | |
| ) | |
| DEFENDANT. ) | |

A Violation Report was filed in this case on July 23, 2025.[1] The Court referred this matter to Magistrate Judge Amanda M. Knapp to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge James E. Grimes, Jr. reported that a supervised release violation hearing was held on October 2, 2025. The defendant admitted to the following violations:

1. Unknown Whereabouts;
2. Illicit Drug Use; and
3. Failure to Enter the Residential Reentry Center (RRC).

The magistrate judge filed a report and recommendation on October 2, 2025, in which the magistrate judge recommended that the Court find that the defendant has violated

---

[1] Supplemental reports were filed on October 1, 2025, and October 8, 2025, to provide updates on the violations.

the conditions of his supervised release as set forth in violation numbers 1, 2, and 3.

A final supervised release violation hearing was conducted on October 21, 2025. Present were the following: Assistant United States Attorney Joseph Dangelo, representing the United States; Assistant Federal Public Defender Ashlynn Alexis Rotta, representing the defendant; the defendant Desmond Ligon, and United States Probation Officer Rhyan Ackerman.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation numbers 1, 2, and 3.

IT IS ORDERED that the defendant's supervised release is revoked, and the defendant is committed to the custody of the Bureau of Prisons for a term of 13 months. The defendant is to receive credit for time served to date.  No supervised release to follow. Defendant remanded.

**IT IS SO ORDERED**.

Dated: October 21, 2025

**HONORABLE SARA LIOI**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**